People v Guzman (2025 NY Slip Op 05640)

People v Guzman

2025 NY Slip Op 05640

Decided on October 14, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 14, 2025

Before: Manzanet-Daniels, J.P., Moulton, González, Rosado, Chan, JJ. 

Ind. No. 70447/20|Appeal No. 4922|Case No. 2021-02475|

[*1]The People of the State of New York, Respondent,
v
Carlos Guzman, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Mimi Lei of counsel), for appellant.

Judgment, Supreme Court, Bronx County (Denis J. Boyle, J.), rendered June 16, 2021, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him to a term of three years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing, and otherwise affirmed.
We find that defendant made a valid waiver of his right to appeal (see People v Thomas, 34 NY3d 545 [2019], cert denied 589 US —, 140 S Ct 2634 [2020]). Nevertheless, based on our own interest of justice powers, we vacate the surcharge and
fees imposed on defendant at sentencing (see People v James, 222 AD3d 533 [1st Dept 2023], lv denied 41 NY3d 943 (2024). We note that the People do not oppose this relief. THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 14, 2025